DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE L. JONES, JR.,**
Appellant,

v.

**MERIEL C. JONES,**
Appellee.

No. 4D19-1519

[March 18, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2018-DR-001080-XXXX-SB.

Roger Levine and Amy D. Shield of Shield & Levine, P.A., Boca Raton, for appellant.

Bruce S. Rosenwater of Bruce S. Rosenwater & Associates, P.A., West Palm Beach, for appellee.

**CONFESSION OF ERROR**

PER CURIAM.

In this case, the trial court declined to exercise its jurisdiction to dissolve the parties' marriage consistent with the wife's objection that she wanted to seek relief in Arizona. The husband appealed. The wife has reconsidered her earlier position and confessed error in this appeal. We reverse the final order dismissing the husband's amended petition for dissolution of marriage and remand with instructions for the trial court to proceed with the marital dissolution for all aspects over which the trial court has subject matter jurisdiction.

*Reversed and remanded*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*